X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 22 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY__________ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,
Plaintiff,
vs.
Richard Roy Baxter,
Defendant.

CR 00-00429-001-ROS

**ORDER**

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on June 19, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 21st day of June, 2006.

Lawrence O. Anderson
United States Magistrate Judge